# CERTILMAN BALIN

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

August 16, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/17
```

**VIA ECF**

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 21B
New York, NY 10007

    RE:    Juan Rodriguez et al v. Park It Management Corp. et al.
              Docket No.: 17-CV-04995(RMB)

Dear Honorable Sir:

    I am a member of the firm of Certilman Balin Adler & Hyman, LLP, attorneys for defendants PARK IT MANAGEMENT CORP. d/b/a PARK IT MANAGEMENT, P.I.M. ASSOCIATES INC. d/b/a PARK IT MANAGEMENT, JOHN DOE CORPS. 1-31 d/b/a PARK IT MANAGEMENT and Gary Spindler I am writing to inform and request the Court to please remove Elizabeth E. Schlissel. from being noticed on the case. As of Friday, August 18, 2017 Ms. Schlissel will no longer practice at Certilman Balin Adler & Hyman, LLP.

Respectfully submitted,

Douglas E. Rowe

DER:ga
cc:    All Counsel of Record (Via ECF)

SO ORDERED:

8/17/17

RICHARD M. BERMAN U.S.D.J.