UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JUAN RODRIGUEZ,
*on behalf of himself, FLSA Collective*
*Plaintiffs and the Class,*

                        Plaintiff,

            -against-

PARK IT MANAGEMENT CORP., *et al.*

                        Defendants.

---------------------------------------------------------X

Case No. 17 CV 4995 (RMB) (AJP)

**STIPULATION** *& ORDER*

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JUAN RODRIGUEZ ("Plaintiff") and Defendants PARK IT MANAGEMENT CORP. d/b/a PARK IT MANAGEMENT, P.I.M. ASSOCIATES INC. d/b/a PARK IT MANAGEMENT, JOHN DOE CORPS. 1-31 d/b/a PARK IT MANAGEMENT and GARY SPINDLER ("Defendants"), acting by means of their respective counsel, that:

(1)     For the six-year period prior to filing the initial Complaint to the present date (the "Class Period"), all individuals who worked in Defendants' car park facilities as parking attendants within New York City, as listed in Exhibit 1 of the First Amended Class and Collective Action Complaint dated October 4, 2017, were similarly compensated, and paid pursuant to the same wage and hour rounding practices (the "Class Members").

(2)     There are at least 100 Class Members.

(3)     Defendants will not oppose or challenge the application of Plaintiff's counsel, C.K. Lee, Esq., to be appointed Class Counsel.

| *For Defendants:* | *For Plaintiff, FLSA Collective Plaintiffs and the Class:* |
|---|---|
| By: [signature] | By: [signature] |
| Douglas Rowe, Esq. | C.K. Lee, Esq. |
| Certilman Balin Hyman & Adler LLP | Lee Litigation Group, PLLC |
| 90 Merrick Avenue, 9th Floor | 30 East 39th Street, 2nd Floor |
| East Meadow, NY 11554 | New York, New York 10016 |
| Phone: (516) 296-7102 | Phone: (212) 465-1180 |
| Date: 1/11/18 | Date: Jan 11, 2018 |

SO ORDERED,

Dated: New York, New York

1/16/18

[signature]

Hon. Andrew J. Peck, U.S.M.J.

tm

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy LEP1, [illegible handwritten note]

BY ECF

2