

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

March 5, 2018

**VIA ECF**

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 20D
New York, NY 10007

      RE:    *Juan Rodriguez et al v. Park It Management Corp. et al.*
               **Case No.: 17-CV-04995(OTW)**

Dear Judge Wang:

    This firm represents the defendants in this matter. The parties have reach an agreement in principle to settle this case and we are awaiting a draft of the settlement agreement from plaintiff's counsel.

    As the parties have filed a Consent to Jurisdiction by Magistrate Judge, we wished to advise Your Honor of the status of this matter.

                                     Respectfully submitted,

                                     Douglas E. Rowe

DER:ga
cc:    C.K. Lee, Esq. (Via ECF)