# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

April 6, 2018

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10003

       Re:   *Rodriguez v. Park It Management Corp., et al.*
            Case No.: 17-cv-4995

Dear Judge Wang:

    We are counsel to Plaintiff and submit this letter jointly with counsel to Defendants.

    By letter dated March 5, 2018, Defendants informed the Court that the parties had reached a class settlement in principle following mediation. We write to inform the Court of the status of the class settlement and to respectfully request a 30-day extension of time, to May 4, 2018, to submit the settlement for preliminary approval. The reason for the extension request is that the parties are still in the process of negotiating the settlement agreement.

    We thank the Court for its consideration in this matter.

Respectfully submitted,

*Anne Seelig*
Anne Seelig, Esq.

cc:   all parties via ECF