# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    212-661-1008
anne@leelitigation.com

June 4, 2018

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10003

    Re: *Rodriguez v. Park It Management Corp., et al.*
      Case No.: 17-cv-4995

Dear Judge Wang:

  We are counsel to Plaintiff and submit this letter jointly with counsel to Defendants. We write to inform the Court of the status of the class settlement and to respectfully request an additional 2 week extension of time, to June 18, 2018 to submit the settlement for preliminary approval.

  By letter dated March 5, 2018, Defendants informed the Court that the parties had reached a class settlement in principle following mediation. Thereafter, by letter dated April 6, 2018 the parties requested an extension of time to submit the settlement for preliminary approval, to May 4, 2018, which request was granted. By letter dated May 4, 2018, the parties requested an additional extension, to June 4, 2018, as the parties were still in the process of negotiating the settlement agreement, which request was granted. We are pleased to report that the parties have finalized the settlement agreement for execution. As such, we will now prepare the motion for preliminary approval, which we expect shall be ready for submission by June 18, 2018.

  We thank the Court for its consideration in this matter.

Respectfully submitted,

*Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF