IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN RODRIGUEZ, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>PARK IT MANAGEMENT CORP. d/b/a PARK IT MANAGEMENT, P.I.M. ASSOCIATES INC. d/b/a PARK IT MANAGEMENT, JOHN DOE CORPS 1-31 d/b/a PARK IT MANAGEMENT and GARY SPINDLER,<br><br>                Defendants. | Case No.: 17-cv-4995<br><br>Wang, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

      For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Awards, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel $233,333 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $6,176.28, to be paid from the Settlement Fund; and (2) awarding Advanced Litigation Strategies LLC, as Settlement Administrator, administration fees of $50,000 to be paid from the Settlement Fund.

Dated: January 28, 2019

                                            Respectfully submitted,

                                            LEE LITIGATION GROUP, PLLC

                                            By: /s/ C.K. Lee
                                            C.K. Lee (CL 4086)
                                            30 East 39th Street, Second Floor
                                            New York, NY 10016
                                            Tel.: 212-465-1188
                                            Fax: 212-465-1181
                                            *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*